JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA
P.O. Box 2593
Granite Bay, CA 95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theIPlawfirm.com

Attorneys for Plaintiff
COWTOWN MARATHON, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COWTOWN MARATHON, INC., a Texas Non-profit Corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>COWTOWN MARATHON SACRAMENTO, FIRST AMERICAN CORELOGIC, a Delaware Corporation, THE BUZZ OATES GROUP OF COMPANIES, CAPITAL ROAD RACE MANAGEMENT, and RICHARD HANNA, an individual,<br><br>　　Defendants. | CASE NO.<br><br>**COMPLAINT FOR SERVICE MARK INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

　　Plaintiff, COWTOWN MARATHON, INC. ("CMI" or "Plaintiff") for its complaint of service mark infringement against Defendants, FIRST AMERICAN CORELOGIC (hereinafter "CoreLogic"), THE BUZZ OATES GROUP OF COMPANIES (hereinafter "Buzz Oates"), COWTOWN MARATHON SACRAMENTO ("CMS"), CAPITAL ROAD RACE MANAGEMENT ("CRRM") and RICHARD HANNA ("Hanna") (collectively "Defendants") avers and alleges as follows:

/ / /

/ / /

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the claims alleged herein pursuant to 28 U.S.C. §1331, §1332(a), and §1338(a). This Court has personal jurisdiction over defendants CoreLogic, Buzz Oates, CRRM, CMS and Hanna, all of whom used the accused infringing mark to offer services and products in connection with an annual marathon sporting event conducted in Sacramento, California, and this District.

2. Venue is proper in this district under 28 U.S.C. §1391(d).

## PARTIES

3. Plaintiff CMI, and at all times relevant hereto was, is a Texas non-profit corporation having a principal place of business in Fort Worth, Texas.

4. On information and belief, defendant CMS is a business entity having its principal place of business in Sacramento, California.

5. On information and belief, defendant CoreLogic is a Delaware corporation doing business as a foreign entity in California and having its principal place of business in Sacramento, California.

6. On information and belief, defendant Buzz Oates is a business entity having its principal place of business in Sacramento, California.

7. On information and belief, defendant CRRM is a business entity having its principal place of business in Sacramento, California.

8. On information and belief, defendant Hanna is an individual residing within the Eastern District of California.

9. Plaintiff is informed and believes and therefore alleges that at all times herein mentioned each defendants was acting as agent, employee, servant, partner, and/or joint venturer of the remaining defendant, and all the acts complained of herein were done within the course and scope of said agency, employment, servitude, partnership and/or joint venture, and that all acts alleged herein committed by each defendant were ratified and approved by the remaining defendant and/or done with the knowledge, consent and permission of the other defendant.

## SERVICE MARK IN SUIT

10. On May 5, 2009, U.S. service mark registration No. 3,614,266 was issued for the mark "COWTOWN" on the principal register. The registration was duly and legally issued to CMI. A copy of the registration is attached hereto as Exhibit 1.

11. Plaintiff has used the registered mark "COWTOWN" continuously in commerce since 1980, and has standing to bring this action for service mark infringement.

## FACTS GIVING RISE TO SERVICE MARK INFRINGEMENT

12. Plaintiff CMI has been organizing and conducting an annual marathon in Fort Worth, Texas, known as the COWTOWN Marathon, since 1979. During that thirty (30) year period, tens of thousands of persons from across the United States and many foreign countries have participated in Plaintiff's COWTOWN Marathon. A copy of advertising literature from the 2008 edition of Plaintiff's COWTOWN Marathon is attached hereto as Exhibit 2.

13. Plaintiff has continuously advertised the COWTOWN Marathon throughout the United States, specifically including California, since at least as early as 1980. A copy of an advertisement and attachments for the 1980 COWTOWN Marathon is attached hereto as Exhibit 3. Since 1980, CMI has expended hundreds of thousands of dollars on advertisements for the COWTOWN Marathon throughout the United States.

14. On information and belief, defendants CMS, CRRM and Hanna have been organizing a marathon in Sacramento, California using the name COWTOWN Marathon for at least the last five (5) years. Copies of advertisements for the 2009 "COWTOWN Marathon", sponsored and operated by the Defendants, are attached hereto as Exhibit 4.

15. On information and belief, defendants CoreLogic and Buzz Oates have been sponsoring the COWTOWN Marathon in Sacramento, California for at least the last three (3) years.

16. Plaintiff CMI contacted defendants CMS and Hanna by letter dated October 6, 2008, demanding termination of the use of the mark "COWTOWN" in connection with the marathon event in Sacramento, California. A copy of the letter is attached hereto as Exhibit 5. No response to Plaintiff's demand letter was received.

COMPLAINT FOR SERVICE MARK INFRINGEMENT

17. A second, follow-up letter was sent on November 14, 2008 by certified mail again demanding termination of the use of the mark "COWTOWN." A copy of that letter is attached hereto as Exhibit 6. Defendants continued their unauthorized use of Plaintiff's service mark.

18. As a result of the use of the accused mark by the Defendants, CoreLogic, Buzz Oates, CMS, CRRM and Hanna, substantial actual confusion has occurred in the marketplace. There is a high likelihood of confusion in the future if defendants' use of the mark "COWTOWN" is not enjoined.

## COUNT I

### INFRINGEMENT OF THE REGISTERED SERVICE MARK

19. Paragraphs 1-17 are incorporated by reference as if fully restated herein.

20. Plaintiff's registration for the service mark "COWTOWN" identifies its services in International Class 41 as: organizing sporting events, namely marathons.

21. Defendants CoreLogic, Buzz Oates, CMS, CRRM and Hanna have organized marathons in Sacramento, California over the last five years using the identical mark "COWTOWN" in connection with those marathons.

22. At least since October, 2008, defendants CoreLogic, Buzz Oates, CMS, CRRM and Hanna have willfully infringed Plaintiff's service mark by their continued use of the mark "COWTOWN".

23. Defendants have infringed plaintiff's service mark and will continue to infringe the service mark unless enjoined by this Court. The defendants wrongful conduct has caused Plaintiff to suffer irreparable harm resulting from the loss of its exclusive service mark rights under 15 U.S.C. §1116.

24. Plaintiff has suffered damages by reason of defendants' willful infringement of its registered service mark, for which Plaintiff is entitled to relief under 15 U.S.C. §1117.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff CMI prays for entry of a judgment:

A.   Finding that Defendants CoreLogic, Buzz Oates CMS, CRRM and Hanna have

|   |   |   |
|---|---|---|
| 1 |     | infringed Plaintiff's trademark rights pursuant to 15 U.S.C. §1115 et. seq.; |
| 2 | B.  | Finding that Defendants infringement of Plaintiff's service mark is willful; |
| 3 | C.  | Permanently enjoining Defendants, their officers, subsidiaries, parents, agents, servants, employees, attorneys and all parties in active consort with the Defendants from any further infringement of the service mark "COWTOWN" in connection with any sporting events; |
| 7 | D.  | Awarding damages to Plaintiff for Defendants' infringement of the service mark "COWTOWN" together with prejudgment interest and costs, pursuant to 15 U.S.C. §1117(a); |
| 10 | E. | Increasing the damage award up to three times in accordance with 15 U.S.C. §1117(a) for Defendants' willful infringement of Plaintiff's service mark; |
| 12 | F. | Declaring this to be an exceptional case under 15 U.S.C. §1117(a), and awarding Plaintiff its reasonable attorneys fees and costs; and |
| 14 | G. | Awarding CMI such other and further relief as is just and proper. |

## JURY DEMAND

Plaintiff CMI demands trial by jury of any issue triable of right to a jury.

DATED: October 8, 2009               LAW OFFICES OF JOANNA R. MENDOZA


   /s/ Joanna R. Mendoza
   Joanna R. Mendoza
   Attorneys for Plaintiff
   COWTOWN MARATHON, INC.