# EXHIBIT 5

(to the Complaint)



Intellectual Property Law
500 W. Madison Street, Suite 3800
Chicago, IL 60661-2562
T (312) 876-1800
F (312) 876-2020
www.woodphillips.com

Richard S. Phillips
Direct Line: (312) 876-2104
Direct e-mail: rsphillips@woodphillips.com

October 6, 2008

Mr. Rich Hanna
Cowtown Marathon
P. O. Box 19027
Sacramento, CA 95819

Dear Mr. Hanna:

I am writing on behalf of our client Cowtown Marathon, Inc., Fort Worth, Texas, regarding your use of the service mark COWTOWN to identify a marathon. Cowtown Marathon, Inc. adopted the service mark COWTOWN for a marathon in 1979 and has used the mark continuously since that time. The Fort Worth COWTOWN Marathon is conducted annually and draws participants from throughout the United States and several foreign countries. Last year, there were 17 participants from California.

Your use of the COWTOWN mark has already caused substantial confusion. Last year several runners registered with Cowtown Marathon , Inc. thinking that they were entering your marathon. This year one erroneous entry has already been received; and there have been at least a dozen erroneous emails and phone inquiries. Many runners from the Forth Worth Runner's Club received emails from Sacramento regarding your race and were quite confused..

We expect your prompt assurance that you will not use the COWTOWN mark for future marathons.

Very truly yours,

Richard S. Phillips

RSP:cb

c:   Heidi Swartz